IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL SPAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:13-cv-00017 |
| v. ) | Chief Judge Haynes |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Final Pretrial Conference set in this action for Monday, August 25, 2014 at 3:00 p.m. is **RESET** for **Friday, August 15, 2014 at 2:30 p.m.** in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

**ENTERED** this the 31st day of July, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge